Douglas v Bonus (2021 NY Slip Op 50983(U))

[*1]

Douglas v Bonus

2021 NY Slip Op 50983(U) [73 Misc 3d 132(A)]

Decided on October 20, 2021

Appellate Term, First Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on October 20, 2021
SUPREME COURT, APPELLATE TERM, FIRST
DEPARTMENT

PRESENT: Edmead, P.J., McShan, Hagler, JJ.

570107/21

Gerald Douglas, Plaintiff-Appellant, 
against
Justin Bonus, Defendant-Respondent.

Plaintiff appeals from a judgment of the Small Claims Part of the Civil Court of the City of
New York, Bronx County (Marian C. Doherty, J.), entered January 13, 2020, after trial, in favor
of defendant dismissing the action.

Per Curiam.
Judgment (Marian C. Doherty, J.), entered January 13, 2020, affirmed, without costs.
Our review of the record satisfies us that the dismissal of plaintiff's claim achieved
substantial justice between the parties consistent with substantive law principles (see
CCA 1804, 1807; Williams v Roper, 269 AD2d 125, 126 [2000], lv
dismissed 95 NY2d 898 [2000]). Plaintiff's claim to recover the retainer fee paid to
defendant-law firm, based upon breach of contract, was properly dismissed, since the evidence
supports the trial court's finding that defendant earned the $1,500 retainer fee by spending
"various hours researching and reviewing the legal documentation pertaining to plaintiff's case"
and that defendant could not proceed further without the complaining witnesses' medical records.

THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: October 20, 2021